1  PAUL G. CAREY, State Bar No. 105357
   DICKENSON, PEATMAN & FOGARTY
2  A Professional Law Corporation
   809 Coombs Street
3  Napa, California 94559
   Telephone: (707) 252-7122
4  Facsimile:  (707) 265-2572

5  Attorneys for Plaintiffs
   C. MONDAVI & SONS, INC.

6

RECEIVED

NOV 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
DEC - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND OF CALIFORNIA

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | C. MONDAVI & SONS, INC., a California        CASE NO. C-04-2129 CW
   | corporation d/b/a CHARLES KRUG
12 | WINERY, and MARC MONDAVI,

13 |             Plaintiffs,                       **ORDER GRANTING LEAVE TO**
   |                                               **WITHDRAW FUNDS DEPOSITED AS**
14 | vs.                                           **BOND FOR TEMPORARY**
   |                                               **RESTRAINING ORDER**
15 |

16 | SYNERGY BRANDS LLC, TRANSCEND
   | MARKETING LLC, and JOSEPH S.
17 | ORRICO,

18 |             Defendants.

19

20      IT IS HEREBY ORDERED that Plaintiffs shall be granted leave to withdraw funds in the

21 amount of $100.00 deposited in the court's registry account on June 22, 2004 as a bond for a

22 temporary restraining order for the above case, and the Clerk of the Court is ordered to release

23 said funds to Plaintiffs upon receipt of a conformed copy of this Order.

24
          DEC - 6 2007
25 Dated: _____                    _____
                                                 UNITED STATES DISTRICT JUDGE
26

ORDER GRANTING LEAVE TO WITHDRAW FUNDS
DEPOSITED AS BOND FOR TEMPORARY
RESTRAINING ORDER

CC: Financial